UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CLAUDIA LOPEZ, ) <br> ) <br> Defendants. ) <br> ) | Case No.07cr865 JM <br><br> ORDER GRANTING JOINT MOTION TO CONTINUE HEARING [Docket No. 19] |

  Upon the joint motion of counsel and for good cause shown, the sentencing hearing currently scheduled before Judge Miller on September 12, 2008 at 9:00 a.m. is hereby continued to ***9:00 a.m. on November 7, 2008.***

  IT IS SO ORDERED.

DATED: September 8, 2008

                    _____
                    Hon. Jeffrey T. Miller
                    United States District Judge