UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CR-0865-JM |
| ) | |
| Plaintiff, ) | ORDER CONTINUING SENTENCING |
| ) | |
| vs. ) | |
| ) | |
| CLAUDIA LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-referenced case be continued from November 7, 2008 to *December 19, 2008 at 9:00 a.m.* before the Honorable Jeffrey Miller.

DATED: November 6, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge