UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>    Plaintiff,                )<br>                              )<br>vs.                           )<br>                              )<br>CLAUDIA LOPEZ,                )<br>                              )<br>    Defendant.                )<br>_____) | Case No. 07-CR-0865-JM<br><br>ORDER GRANTING JOINT MOTION<br>TO CONTINUE SENTENCING<br>[Docket No. 25] |

Upon the joint motion of counsel [Docket No. 25] and for good cause shown, **IT IS HEREBY ORDERED** that the sentencing hearing in the above-referenced case be continued from December 19, 2008 to *February 20, 2009 at 11:00 a.m.* before the Honorable Jeffrey Miller.

DATED: December 17, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge