UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CR-0865-JM |
| ) | |
| Plaintiff, ) | ORDER GRANTING JOINT MOTION |
| ) | TO CONTINUE HEARING |
| vs. ) | [Docket No. 27] |
| ) | |
| CLAUDIA LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**O R D E R**

Upon the joint motion of the parties [Docket No. 27] and for good cause being shown, **IT IS HEREBY ORDERED** that the sentencing hearing in the above-referenced case be continued from February 20, 2009 to ***April 24, 2009 at 9:00 a.m.*** before the Honorable Jeffrey Miller.

DATED: February 19, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge