UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                )<br>             Plaintiff,          )<br>                                )<br> vs.                            )<br>                                )<br> CLAUDIA LOPEZ,                 )<br>                                )<br>             Defendant.         )<br> _____) | Case No. 07-CR-0865-JM<br><br>ORDER GRANTING JOINT MOTION<br>TO CONTINUE SENTENCING<br>HEARING [Docket No. 31] |

**O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-referenced case be continued from April 24, 2009 to *August 14, 2009 at 9:00 a.m.* before the Honorable Jeffrey Miller.

DATED: April 22, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge