UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-0865-JM |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING SENTENCING |
| | ) | |
| vs. | ) | |
| | ) | |
| CLAUDIA LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-referenced case be continued from August 14, 2009 to ***November 20, 2009 at 9:00 a.m.*** before the Honorable Jeffrey Miller.

DATED:  August 6, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge