UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-0865-JM |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING SENTENCING |
| vs. | ) | |
| CLAUDIA LOPEZ, | ) | |
| Defendant. | ) | |

**O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-referenced case be continued from February 26, 2010 to *May 7, 2010 at 9:00 a.m.* before the Honorable Jeffrey Miller.

DATED: February 24, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge