UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CR-0865-JM |
| ) Plaintiff, ) | ORDER CONTINUING SENTENCING |
| ) vs. ) | |
| ) CLAUDIA LOPEZ, ) | |
| ) Defendant. ) | |
| _____ ) | |

**O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-referenced case be continued from May 7, 2010 to *June 18, 2010 at 9:00 a.m.* before the Honorable Jeffrey Miller.

DATED: May 3, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge